UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

V.    Case No.    8:21-CR-218-CEH-AAS

JOSHUA FISHER
    a/k/a Hammer
DAVID HOWELL
DARRIN TERRANOVA
    a/k/a NOVA

_____

## ORDER OF DETENTION PENDING HEARING

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), the Court conducted a detention hearing on the Motion on July 15, 2021. The Defendants stand for racketeering activity involving acts and threats involving murder, kidnapping, and robbery in violation of 18 U.S.C. §§1959(a)(1)(3)(4) and (6).   The United States requested, pursuant to 18 U.S.C. § 3142(f)(1) and (2), that the Defendants be detained pending the outcome of the instant case as a serious risk of flight and a danger to the community. Defendants Fisher and Terranova requested the Court impose

conditions of release.    Defendant Howell did not contest the United States' request for detention.

In light of the credible information submitted by the United States, and for the reasons stated during the July 15, 2021 hearing, I am satisfied by clear and convincing evidence that there are no conditions available to the Court that will assure that the Defendants are not a risk of flight or a danger to the community. Given the nature of the charged offenses, strength of the United States' case, the potential penalties associated with the charged offenses and, most significantly, the United States' proffer regarding the Defendants' propensity for senseless violent acts, the Court finds that there are no conditions available at this time to ensure that the Defendants would not be a risk of flight or a danger to the community should they be released.  Accordingly, the Defendants are ordered **DETAINED**.

The Defendants are committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendants shall be afforded a reasonable opportunity for private consultation with defense counsel. On Order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility

shall deliver the Defendants to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**Done and Ordered** in Tampa, Florida, this 21st day of July 2021.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc:

Counsel of Record
U.S. Marshal
U.S. Pretrial