UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:21-cr-218-WFJ-AAS

DARRIN TERRANOVA
_____/

**O R D E R**

Defendant Darrin Terranova requests a court order compelling the government to comply with a sentencing promise. (Doc. 593). The government responded to the motion (Doc. 605) and the court held a hearing today (Doc. 609). At the hearing, the parties agreed that the parties had a mutual understanding prior to the sentencing and the parties stand by that mutual understanding.

Accordingly, Mr. Terranova's motion is **GRANTED in part** and **DENIED in part**. The motion is granted only to the extent that the court held a hearing and the result of the hearing is that this order memorializes the parties' mutual understanding. Otherwise, the motion is denied.

The parties' mutual understanding is: (1) consistent with paragraph A.5. of the plea agreement, the government will recommend Judge Jung sentence Mr. Terranova within his applicable guidelines range as determined by Judge Jung; (2) Mr. Terranova, through counsel Ray Lopez, will request

that Judge Jung sentence Mr. Terranova to a term of probation instead of a term of incarceration; and (3) based on the facts and circumstances Mr. Lopez can present on Mr. Terranova's behalf, the government will not oppose Mr. Terranova's request for a term of probation instead of a term of incarceration.

The government, Mr. Terranova, and Mr. Lopez indicated a desire to have Mr. Terranova's sentencing placed back on Judge Jung's calendar as soon as possible.

**ORDERED** in Tampa, Florida on October 5, 2022.

AMANDA ARNOLD SANSONE
United States Magistrate Judge