**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:      8:21-cr-218-WFJ-AAS** | **DATE:     October 18, 2022** |
| **HONORABLE WILLIAM F. JUNG** | |
| **UNITED STATES OF AMERICA**  **v.**  **DARRIN TERRANOVA** | **GOVERNMENT COUNSEL**  Samantha Beckman, AUSA |
| | **DEFENSE COUNSEL**  Ray Christopher Lopez, CJA |
| **COURT REPORTER:** Tracey Aurelio | **DEPUTY CLERK:** | Caleb Houston |
| **TIME:** 1:40 PM – 2:08 PM **TOTAL:** 28 Minutes | **COURTROOM:** | 15B |
| | **PROBATION:** | Kaleena Roy |

**PROCEEDINGS:**        CRIMINAL MINUTES – SENTENCING REFORM ACT MINUTES

This matter is continued form August 26, 2022.

Court called to order.

Counsel identified for the record.

Defendant sworn.

Defendant is adjudged guilty on Count Four of the Indictment.

Government counsel addressed the Court.

Defense counsel addressed the Court.

Defendant addressed the Court.

Darrin Terranova's motion (Doc. 575) for downward departure is **GRANTED** for the reasons stated on the record.

Probation:  **FIVE (5) YEARS.**

Fine is waived.

Special Assessment: $100.00 to be paid immediately.

Special conditions of probation:

1. Defendant shall be placed on home dentition for the first six months of probation. The Defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Office. Further, the Defendant shall be required to contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office based on the Defendant's ability to pay.

2. The following six months the defendant shall be placed on curfew from 11:00 P.M. to 7:00 A.M.

3. Defendant shall complete 250 hours of community service.

4. Defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court's directive. Further, Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, Defendant is directed to submit to random drug testing.

5. Defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

6. Defendant shall have no contact, direct or indirect, with victims identified in Count 4, specifically, T.B., T.B's wife, or parties identified within the Indictment.

7. Defendant shall submit to a search of his person, residence, place of business, any storage units under his control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

8. Defendant shall have no affiliation with Unforgiven or Aryan Brotherhood members or associates.

Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

Defendant shall refrain from any unlawful use of controlled substances. Defendant shall submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer. Defendant shall submit to random drug testing not to exceed 104 tests per year.

Defendant is remanded to the custody of the US Marshal.

Defendant advised of right to appeal and to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 13 |
| Criminal History Category: | III |
| Imprisonment Range | 18-24 months |
| Supervised Release Range | 1 years |
| Restitution: | N/A |
| Fine Range | $5,500.00 - $55,000.00 |
| Special Assessment | $100.00 |

Adjustments/changes to the PSR:  Court adjourned.